# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS STASIK, On His Own Behalf And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON YUSEN KABUSHIKI KAISHA, LTD.;<br>NYK LINE (NORTH AMERICA), INC.;<br>EUKOR CAR CARRIERS, INC.;<br>COMPAÑÍA SUD AMERICANA DE VAPORES, S.A.;<br>CSAV AGENCY NORTH AMERICA, LLC;<br>KAWASAKI KISEN KAISHA, LTD.;<br>'K' LINE AMERICA, INC.;<br>MITSUI O.S.K. LINES, LTD.;<br>MOL (AMERICA) INC.;<br>MOL LOGISTICS (U.S.A.), INC.;<br>NISSAN MOTOR CAR CARRIER CO., LTD.;<br>WORLD TRANSPORT CO., LTD.;<br>WORLD LOGISTICS SERVICE (U.S.A.), INC.;<br>TOYOFUJI SHIPPING CO., LTD.;<br>FUJITRANS U.S.A., INC.;<br>WALLENIUS LINES, AB;<br>WILH. WILHELMSEN HOLDING ASA;WILH. WILHELMSEN ASA;<br>WALLENIUS WILHELMSEN LOGISTICS AMERICAS LLC;<br>WWL VEHICLE SERVICES AMERICAS INC.;<br>AMERICAN SHIPPING AND LOGISTICS GROUP;<br>AMERICAN ROLL-ON ROLL-OFF | Civil No. 13CV1467 LAB BLM<br><br><u>CLASS ACTION</u><br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT [CivLR 7.2 & 12.1]** |

| | |
|---|---|
| CARRIER, LLC; and | ) |
| AMERICAN AUTO LOGISTICS, LP; and | ) |
| AMERICAN LOGISTICS NETWORK, LLP, | ) |
| Defendants | ) |

**HAVING FOUND GOOD CAUSE APPEARING** in the Joint Motion For Order Extending Time For Defendants To Respond To The Class Action Complaint entered into by Plaintiff Stasik, the Wilhelmsen Defendants[1], the MOL Defendants[2], the NYK Defendants[3], the "K" Line Defendants,[4] Compania Sud Americana De Vapores S.A. ("CSAV"), and Toyofuji Shipping Co., LTD. (collectively, the "Defendants"), the Court hereby enters the following orders:

1. Defendants shall have no obligation to respond to the Complaint in this action until after the Judicial Panel on Multidistrict Litigation ("JPMDL") has entered an order in connection with the motion for transfer and consolidation and/or coordination in the matter pending before the JPMDL entitled *IN RE: Vehicle Carrier Services Litigation,* MDL No. 2471.

2. If this action is consolidated and/or coordinated for pretrial proceedings by the JPMDL, the Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to a consolidated amended complaint ("CAC") that consolidates this action and any Related Actions[5] within 45 days after a CAC is

---

[1] "Wilhelmsen Defendants" shall refer to the following defendants, only: Wilh. Wlhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB, WWL Vehicle Services Americas Inc., EUKOR Vehicle Carriers Inc., American Shipping and Logistics Inc., American Roll-on Roll-off Carrier, LLC, and American Auto Logistics, Inc;

[2] "MOL Defendants" shall refer to the following defendants: Mitsui O.S.K. Lines, LTD., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., Nissan Motor Car Carrier Co., LTD., World Transport Co., LTD., and World Logistics Service (U.S.A.), Inc.

[3] "NYK Defendants" shall refer to the following defendants: Nippon Yusen Kabushiki Kaisha and NYK Line (North America, Inc.).

[4] "'K' Line Defendants" shall refer to the following defendants: Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.

[5] *F. Ruggiero & Sons, Inc., et al. v. NYK Line (North America) Inc. et al.*, No. 2:13-cv-03306-ES-SCM (D.N.J., May 24, 2013); *Nelson, et al. v. Nippon Yusen* (continued…)

filed, unless the transferee court sets a different schedule. In the event Plaintiffs in any coordinated or related actions serves notice that they will not file a CAC, then the Defendants will have 45 days from the notice to respond to the Complaint.

3. If this action is not consolidated and/or coordinated for pretrial proceedings, the Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to the Complaint within 45 days after entry of any such order.

4. Defendants do not waive: (a) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (b) any affirmative defenses under Fed. R. Civ. P. 8; (c) any other statutory or common law defenses that may be available to the Defendants; or (d) any right to seek or oppose any reassignment, transfer, or consolidation alternatives with respect to this action.

5. Nothing in this Order shall preclude Plaintiff Stasik or the Defendants from seeking to amend the filing deadlines set forth herein.

**IT IS SO ORDERED.**

DATED: 7-17-13

_____
HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

---

(…continued)
*Kabushiki Kaisha, et al.*, No. 3:13-cv-00604-HLA-MCR (M.D. Fla., May 24, 2013*);* *MacQuarrie, et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-2409-JST (N.D. Cal., May 28, 2013); *Knudson v. NYK Line (North America), Inc.*, No. 2:13-cv-03485-ES-SCM (D.N.J., June 5, 2013); *Adame v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-00651-HLA-JBT (M.D. Fla., June 6, 2013); *Martens Cars of Wash., Inc., et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-02696-WHO (N.D. Cal., June 12, 2013); *Levis, et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-02895-NMC (N.D. Cal., June 24, 2013); *Spicer, et al. v. Nippon Yusen Kabushiki Kaisha (NYK Line), et al.*, No. 4:13-cv-02894-DMR (N.D. Cal., June 24, 2013); *Stasik v. Nippon Yusen Kabushiki Kaisha, et al.*, No. 3:13-cv-01467-LAB-BLM (S.D. Cal., June 25, 2013); *White v. Nippon Yusen Kabushiki Kaisha, et al.*, 13-cv-01537-JAH-JMA (S.D. Cal., July 1, 2013); (collectively, the "Related Actions").